LACY *et al. v.* MAYOR AND COUNCIL OF BLUE RIDGE *et al.*

BECK, Presiding Justice.   Under the rulings in *City of Douglas* v. *South Georgia Grocery Co.,* 178 *Ga.* 657 (174 S. E. 127), and cases there cited, the court did not err in sustaining a general demurrer to the petition and in dismissing the case.   In view of this ruling, it is unnecessary to pass upon the questions raised as to the constitutionality of the ordinance attacked.        *Judgment affirmed. All the Justices concur.*
RUSSELL, C. J., concurs in the result.

No. 10638.   MAY 18, 1935.   REHEARING DENIED JUNE 14, 1935.

*Herbert J. Haas, Bertram S. Boley,* and *Joseph F. Haas,* for plaintiffs.

*William Butt,* for defendants.